# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQ3 LTD., )<br>)<br>Defendant. ) | No. 19-cv-7743<br><br>Judge Sharon Johnson Coleman<br>Magistrate Judge M. David Weisman |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant EQ3 Ltd., by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action each party to bear his/its/their own costs and attorneys' fees.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer*<br>R. Joseph Kramer<br>KRAMER INJURY LAW LLC<br>225 W. Washington Street, Ste. 2200<br>Chicago, IL 60606<br>Phone: (312) 775-1012<br>joe@rjklawyer.com<br><br>*Attorney for Plaintiff Muhammad* | s/ *Lisa Handler Ackerman*<br>Lisa Handler Ackerman<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>55 W. Monroe Street, Suite 3800<br>Chicago, IL 60603<br>Phone: (312) 704-0050<br>lisa.ackerman@wilsonelser.com<br><br>*Attorney for EQ3 Ltd.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on April 24, 2020.

*/s/ R. Joseph Kramer*
R. Joseph Kramer